IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSE CRUZBERTO DELGADO and MARIA    )
DE LA LUZ DELGADO,                  )    2:11-cv-1258-GEB-CKD
                                    )
          Plaintiffs,               )
                                    )    ORDER CONTINUING STATUS
     v.                             )    (PRETRIAL SCHEDULING)
                                    )    CONFERENCE
NATIONAL CITY MORTGAGE, NATIONAL    )
CITY BANK, PNC BANK, N.A., GREEN    )
TREE SERVICING, LLC, and DOES 1     )
THROUGH 100, inclusive,             )
                                    )
          Defendants.               )
_____)
```

The Joint Status Report ("JSR") filed September 19, 2011 reveals this case is not ready to be scheduled. (ECF No. 18.) Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 3, 2011 is continued to January 30, 2012 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Dated: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1