1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   JOSE CRUZBERTO DELGADO and MARIA   )
    DE LA LUZ DELGADO,                 )     2:11-cv-01258-GEB-CKD
9                                      )
                  Plaintiffs,          )
10                                     )     ORDER CONTINUING STATUS
             v.                        )     (PRETRIAL SCHEDULING)
11                                     )     CONFERENCE
    NATIONAL CITY MORTGAGE, NATIONAL   )
12  CITY BANK, PNC BANK, N.A., and     )
    GREEN TREE SERVICING, LLC,         )
13                                     )
                  Defendants.*         )
14  _____   )

15

16          Plaintiffs state in the Joint Status Report filed on January

    12, 2012, that "all defendants have been served, including Green Tree
17
    Servicing." (ECF No. 20, 2:3.) However, review of the docket for this
18
    action reveals that Defendant Green Tree Servicing, LLC, has not yet
19
    appeared, and Plaintiffs do not address in their Status Report what
20
    steps they are taking to prosecute this action against this defendant.
21
            Plaintiffs shall take the steps necessary to prosecute this
22
    action as a default matter as to Defendant Green Tree Servicing, LLC. No
23
    later than February 27, 2012, Plaintiffs shall either file whatever
24
    documents are required to prosecute this case as a default matter or
25
    show cause in a filing why Defendant Green Tree Servicing, LLC, should
26
    not be dismissed for failure of prosecution.
27  _____

28      *    The caption has been amended according to the dismissal of Doe
    defendants portion of this Order.

1    Further, the status conference scheduled for hearing on

2 January 30, 2012, is continued to commence at 9:00 a.m. on April 23,

3 2012. A joint status report shall be filed fourteen (14) days prior to

4 the status conference in which Plaintiffs are required to explain the

5 status of the default proceedings.

6    Also, since Plaintiffs have not justified Doe defendants

7 remaining in this action, Does 1-100 are dismissed. See Order Setting

8 Status (Pretrial Scheduling) Conference filed May 11, 2011, at 2 n.2

9 (indicating that if justification for "Doe" defendant allegations not

10 provided Doe defendants would be dismissed).

11    IT IS SO ORDERED.

12 Dated:  January 19, 2012

13

14    _____
   GARLAND E. BURRELL, JR.
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28