IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZBERTO DELGADO and MARIA DE LA LUZ DELGADO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL CITY MORTGAGE, NATIONAL CITY BANK, PNC BANK, N.A., and GREEN TREE SERVICING, LLC,<br><br>　　　　Defendants.* | 2:11-cv-01258-GEB-CKD<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　Plaintiffs state in the Joint Status Report filed on January 12, 2012, that "all defendants have been served, including Green Tree Servicing." (ECF No. 20, 2:3.) However, review of the docket for this action reveals that Defendant Green Tree Servicing, LLC, has not yet appeared, and Plaintiffs do not address in their Status Report what steps they are taking to prosecute this action against this defendant.

　　　　Plaintiffs shall take the steps necessary to prosecute this action as a default matter as to Defendant Green Tree Servicing, LLC. No later than February 27, 2012, Plaintiffs shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why Defendant Green Tree Servicing, LLC, should not be dismissed for failure of prosecution.

---

　　　* The caption has been amended according to the dismissal of Doe defendants portion of this Order.

1

Further, the status conference scheduled for hearing on January 30, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A joint status report shall be filed fourteen (14) days prior to the status conference in which Plaintiffs are required to explain the status of the default proceedings.

Also, since Plaintiffs have not justified Doe defendants remaining in this action, Does 1-100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed May 11, 2011, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated:   January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge